UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

ANDRE F. McGRIFF,

                        Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-    ( )( )

Defendant __Andre F. McGriff_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

____ Conference Before a Judicial Officer

_Andre F. McGriff/RDW_ (signature)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant) executed by Counsel by Authority of A. F. McGriff

_Andre F. McGriff_
Print Defendant's Name

_(signature)_
Defendant's Counsel's Signature

_Richard D. Willstatter_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/30/2020
Date

/s/ Andrew E. Krause
U.S. District Judge/U.S. Magistrate Judge