UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,    :

       - v -    :    ORDER
                                                  20-cr-638 (KMK)
ANDRE F. McGRIFF,    :

          Defendant.    :

- - - - - - - - - - - - - - - - x

KENNETH M. KARAS, U.S.D.J.

WHEREAS, Defendant ANDRE F. McGRIFF has indicated his intent to enter a guilty plea to the two-count criminal information in this matter;

WHEREAS the ongoing COVID-19 pandemic necessitates that the change-of-plea hearing in this case take place remotely;

WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS that, for the reasons set forth in the parties' joint application dated December 7, 2020, the

change-of-plea hearing in this case cannot be further delayed without serious harm to the interests of justice.

Dated:   White Plains, New York
         December   7  , 2020

SO ORDERED:

_____
HONORABLE KENNETH M. KARAS
United States District Judge
Southern District of New York