UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ANDRE F. McGRIFF,

                      Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-638 (KMK)

Defendant __Andre F. McGriff__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Change of Plea Hearing/Guilty Plea pursuant to Fed. R. Crim. P. 11

_Andre F. McGriff/RDW_
**Defendant's Signature**
(Judge may obtain verbal consent on
Record and Sign for Defendant)  executed by counsel with the consent of Andre F. McGriff

__Andre F. McGriff__
**Print Defendant's Name**

_Richard D. Willstatter_
**Defendant's Counsel's Signature**

_Richard D. Willstatter_
**Print Counsel's Name**

This proceeding was conducted by reliable video or telephone conferencing technology.

_12/21/2020_
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge